PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile: (916) 554-2900

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSI AKIM MAIDU OF TAYLORSVILLE RANCHERIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; RYAN ZINKE, in his official capacity as Secretary of the Interior; MICHAEL S. BLACK, in his official capacity as Acting Assistant Secretary-Indian Affairs of the United States Department of the Interior; and DOES 1-100,<br><br>Defendants. | Case No. 2:17-cv-01156 TLN CKD<br><br>**STIPULATION AND ORDER RE FEDERAL DEFENDANTS' MOTION TO DISMISS** |

The parties to this action hereby stipulate and agree to request that the Court rule upon the Federal Defendants' motion to dismiss plaintiff's complaint that was fully briefed in, but not decided by, the United States District Court for the Northern District of California before it transferred the case to this District. In support of their request, the parties represent as follows:

1. Plaintiff filed its complaint in the Northern District on December 15, 2016. ECF 1.

2. On April 20, 2017, the Federal Defendants filed their Motion to Dismiss or Transfer for Improper Venue or, in the Alternative, Motion to Dismiss for Failure to State a Claim. ECF 12. Plaintiff opposed the motion. ECF 13. Federal Defendants filed a reply brief. ECF 17.

3. On May 25, 2017, the Northern District judge entered an order granting the motion to transfer venue and transferring the case to this District. ECF 20. The Northern District judge neither addressed nor ruled upon the Federal Defendants' arguments in support of dismissal. *See id.*

4. This District received the case from the Northern District on June 2, 2017. ECF 22.

5. The Federal Defendants' motion to dismiss is fully briefed. ECF 12, 13, 17. To avoid the need for the parties to re-brief the motion or to re-file the motion papers with the Court, the parties respectfully request that the Court take the motion to dismiss under submission or, if the Court wishes to hear oral argument, set the motion for hearing.

6. If the Court sets the motion for hearing, the parties respectfully request that the motion be set on either the August 24, 2017, or the September 21, 2017, civil law and motion calendar.

Respectfully submitted,

DATED: July 10, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

DATED: July 9, 2017

WEISS LAW, PC

*/s/ Mogeeb Weiss* [auth 7/9/17]
MOGEEB WEISS
Attorneys for Plaintiff

## **ORDER**

Based on the foregoing, and good cause appearing therefore,

The Court will take Federal Defendants' motion to dismiss (ECF No. 12) under submission and will notify the parties if the Court determines that oral argument is necessary.

**IT IS SO ORDERED.**

DATED: July 11, 2017

Troy L. Nunley
United States District Judge