| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>LYNN TRINKA ERNCE<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2720<br>Facsimile: (916) 554-2900<br><br>Attorneys for Federal Defendants | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSI AKIM MAIDU OF TAYLORSVILLE RANCHERIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Acting Secretary of the Interior; TARA KATUK MAC LEAN SWEENEY, in her official capacity as Assistant Secretary-Indian Affairs of the United States Department of the Interior; and DOES 1-100,<br><br>Defendants. | Case No. 2:17-cv-01156 TLN CKD<br><br>**STIPULATION AND ORDER RE FEDERAL DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

The parties to this action stipulate and agree to request that the Court continue the hearing on Federal Defendants' motion to dismiss Plaintiff's first amended complaint from April 4, 2019 at 2:00 p.m. to April 18, 2019 at 2:00 p.m., and that, based upon the new hearing date, the Federal Defendants' reply brief will be due on April 11, 2019.

Respectfully submitted,

DATED: March 27, 2019

McGREGOR W. SCOTT
United States Attorney

*/s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

DATED: March 27, 2019

WEISS LAW, PC

/s/ Roia Shefayee [Authorized 3/27/19]
ROIA SHEFAYEE
Attorneys for Plaintiff

## **ORDER**

**IT IS SO ORDERED.**

Dated: 28/03/2019

_____
Troy L. Nunley
United States District Judge