PHILLIP A. TALBERT
Acting United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720
Facsimile:   (916) 554-2900

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSI AKIM MAIDU OF TAYLORSVILLE RANCHERIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DEBRA HAALAND, in her official capacity as Secretary of the Interior; BRYAN NEWLAND, in his official capacity as Assistant Secretary-Indian Affairs of the United States Department of the Interior; and DOES 1-100,<br><br>Defendants. | Case No. 2:17-cv-01156 TLN CKD<br><br>**STIPULATION AND ORDER RE FEDERAL DEFENDANTS' RESPONSE TO SECOND AMENDED COMPLAINT** |

Plaintiff filed its second amended complaint on October 13, 2021. ECF 65. Federal Defendants' response currently is due 21 days thereafter, on November 3, 2021. ECF 64, 67. Federal Defendants anticipate filing a motion to dismiss. Accordingly, the parties to this action stipulate and agree to request that the Court enter the following briefing schedule:

| | |
|---|---|
| Federal Defendants' Response Due: | January 13, 2022 |
| Plaintiff's Opposition to MTD Due: | January 27, 2022 |
| Federal Defendants' Reply Due: | February 3, 2022 |
| Hearing Date: | February 10, 2022, 2:00 p.m. |

Respectfully submitted,

DATED: October 27, 2021

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

DATED: October 27, 2021

PEEBLES KIDDER BERGIN & ROBINSON LLP

/s/ Peter D. Lepsch [Authorized 10/27/2021]
JOHN M. PEEBLES
PETER D. LEPSCH
Attorneys for Plaintiff

## ORDER

**IT IS SO ORDERED.**

DATED: October 28, 2021

Troy L. Nunley
United States District Judge